JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
MICHIYO MICHELLE FURUKAWA (SBN 234121)
mfurukawa@milberg.com
**MILBERG LLP**
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

MICHAEL C. SPENCER (SBN 79349)
mspencer@milberg.com
WILLIAM B. SCOVILLE, JR.
wscoville@milberg.com
**MILBERG LLP**
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*Lead Counsel for Plaintiffs*

[Additional Counsel appear on Signature Page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KAREN HERBERT, JUDY SCHENKER, JODI EBERHART, CHERYL BENTLEY, and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>ENDEMOL USA, INC., NBC UNIVERSAL, INC., VERISIGN, INC., M-QUBE, INC. and DON JAGODA ASSOCIATES, INC.,<br>　　　　　Defendants. | Case No. 2:07-cv-03537-JHN-VBKx<br><br>DECLARATION OF MICHELLE FURUKAWA IN SUPPORT OF PLAINTIFFS' COMBINED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS<br><br>DATE: September 19, 2011<br>TIME: 2:00 p.m.<br>CTRM: 750<br>JUDGE: Hon. Jacqueline H. Nguyen<br><br>Complaint Filed: May 31, 2007 |

**[Caption Continued on the Following Page]**

---

DECL. OF FURUKAWA ISO PLAINTIFFS' COMBINED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS

DOCS\569381v2

| | | |
|---|---|---|
| DARLENE COUCH, and all others similarly situated,<br>　　　　　　　Plaintiff,<br>vs.<br>TELESCOPE INC., PROJECT SUPPORT TEAM, INC., AMERICAN IDOL PRODUCTIONS, INC., FREMANTLEMEDIA NORTH AMERICA, INC., 19 ENTERTAINMENT, INC., and FOX BROADCASTING COMPANY,<br>　　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV-07-03916-JHN (VBKx)<br><br>CTRM:　　750<br>JUDGE:　Hon. Jacqueline H. Nguyen<br><br>Complaint Filed: June 15, 2007 |

DECL. OF FURUKAWA ISO PLAINTIFFS' COMBINED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS

DOCS\569381v2

# DECLARATION OF MICHELLE FURUKAWA

1. I am an attorney duly licensed to practice before the Courts of the State of California and admitted to practice before the United States District Court for the Central District of California. I am an attorney with the law firm of Milberg LLP, Lead Counsel and counsel for plaintiffs Karen Herbert, Judy Schenker, Jodi Eberhart, and Cheryl Bentley in *Herbert, et al .v. Endemol USA, Inc., et al.* ("*Herbert*"), and plaintiff Darlene Couch in *Couch v. Telescope Inc., et al* ("*Couch*"). I am personally familiar with the facts set forth below and I could, and would, competently testify to them if called upon to do so.

2. I make this declaration in support of Plaintiffs' Combined Motion for Preliminary Approval of Settlements.

3. Attached as Exhibit 1 is a true and correct copy of the Agreement of Settlement in *Herbert*.

4. Attached as Exhibit 2 is a true and correct copy of the Agreement of Settlement in *Couch*.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of September 2011 at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　*/s/ Michelle Furukawa*
　　　　　　　　　　　　　　　　　　　　　Michelle Furukawa